United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-13264-SC |
| Naim Ahmad | Chapter 7 |
| Halsi Indika Rubasinghe | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 24, 2026 | Form ID: 318a | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Naim Ahmad, Halsi Indika Rubasinghe, 203 Mantle, Irvine, CA 92618-1514 |
| 42790025 | + | Big Boys Toys Auto Sales, Inc., 16932 Gothard Street, #H, Huntington Beach, CA 92647-5475 |
| 42790027 | + | Big Boys Toys Auto Sales, Inc., 16932 Gothard Street, Unit H, Huntington Beach, CA 92647-5475 |
| 42790032 | + | CapItal.com (NewCo Capital Group), Piekarski Law, 17 State Street, Suite 1800, New York, NY 10004-1600 |
| 42790030 | | Capital One (Credit Card), Sherman Financial Group/Credit One Fin., 6804 S. Cimarron Rd, Las Vegas, NV 89113 |
| 42790031 | | Capital One (Credit Card), Sherman Financial Group/Credit One Fin., 6805 S. Cimarron Rd, Las Vegas, NV 89113 |
| 42790033 | + | Capytal.com, c/o Piekarski Law PLLC, 17 State Street, Suite1800, New York, NY 10004-1501 |
| 42790035 | | Citi Bank, P.O. Box 63500, Siox Falls, SD 57117 |
| 42790036 | | Corporation Service Company, 801 Adlai Stevenson Dr., Santa Ana, CA 92703 |
| 42790040 | | Credit One (Credit Card), Sherman Financial Group/Credit One, 6803 S. Cimarron Rd, Las Vegas, NV 89113 |
| 42790039 | | Credit One (Credit Card), Sherman Financial Group/Credit One Fin., 6803 S. Cimarron Rd, Las Vegas, NV 89113 |
| 42790038 | | Credit One (Credit Card), Sherman Financial Group/Credit One Fin., 6802 S. Cimarron Rd, Las Vegas, NV 89113 |
| 42790042 | + | Dependance Platinum FL LLC, 9600 Koger Blvd N., Suite 236, Saint Petersburg, FL 33702-2467 |
| 42790041 | + | Dependance Platinum FL LLC, c/o Its Agent for Service, Corporate Cretions Network, Inc., 804 US Hightway 1, North Palm Beach, FL 33403-2940 |
| 42790047 | + | Funding Circle (iBusiness), 255 State Street, Suite 7B, Boston, MA 02109-2613 |
| 42790050 | + | M/I Financial, LLC, 4131 Worth Avenue, #460, Columbus, OH 43219-6285 |
| 42790051 | + | New York Tribeca Group, 40 Wall Street 43rd Floor, New York, NY 10005-1316 |
| 42790052 | + | New York Tribeca Group, LLC, Ace Recovery Group, 99 Wall St, #4890, New York, NY 10005-4301 |
| 42790055 | + | Parkview Advance, 600 Summer Street, Stamford, CT 06901-4404 |
| 42790056 | + | Parkview Advance LLC, 600 Summer St, Suite 204, Stamford, CT 06901-1400 |
| 42790057 | + | Schools First Credit Union, 15332 Newport Avenue, Tustin, CA 92780-6408 |
| 42790058 | + | SchoolsFirst Credit Union, 15332 Newport Avenue, Tustin, CA 92780-6408 |
| 42790061 | | State of California Department of, Tax and Fee Administration, P.O. Box 942879, Sacramento, CA 94279-0055 |
| 42790066 | + | Westlake Financial Services, P.O. Box 76814, Los Angeles, CA 90076-0814 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: karen.naylor@txitrustee.com | Feb 25 2026 01:17:00 | Karen S Naylor (TR), 23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630 |
| smg | EDI: CALTAX.COM | Feb 25 2026 06:09:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42790024 | EDI: WFFC | Feb 25 2026 06:08:00 | Bank of America, P.O. Box 660441, Dallas, TX 75266-0441 |
| 42790028 | + Email/Text: jorleidy@bittyadvance.com | Feb 25 2026 01:17:00 | Bitty Advance 2, LLC, 1855 Griffin Rd, A-474, Dania Beach, FL 33004-2241 |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: 318a | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 42790029 | + Email/Text: jorleidy@bittyadvance.com | Feb 25 2026 01:17:00 | Bitty Advance LLC, 1855 Griffin Rd, A-474, Dania Beach, FL 33004-2241 |
| 42790034 | ^ MEBN | Feb 25 2026 01:14:35 | CHTD Company, P.O. Box 2576, Springfield, IL 62708-2576 |
| 42790037 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2026 01:24:17 | Credit One (Credit Card), Sherman Financial Group/Credit One Fin., 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 42790044 | Email/Text: bankruptcycourts@equifax.com | Feb 25 2026 01:17:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 42790043 | EDI: EDD.COM | Feb 25 2026 06:08:00 | Employment Development Department, Bankruptcy Group MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 42790045 | ^ MEBN | Feb 25 2026 01:14:28 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 42842608 | Email/PDF: bncnotices@becket-lee.com | Feb 25 2026 01:23:18 | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 42790046 | EDI: CALTAX.COM | Feb 25 2026 06:09:00 | Franchise Tax Board Bankruptcy, Section MS: A-30, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42790048 | EDI: IRS.COM | Feb 25 2026 06:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 42790049 | + Email/Text: courtfiling@needlelaw.com | Feb 25 2026 01:18:00 | Jeffrey J. Needle, Esq., The Needle Law Group, 5300 N. W. 33rd Avenue, Suite 206, Fort Lauderdale, FL 33309-6380 |
| 42790053 | + Email/Text: bankruptcy@discoverdsc.com | Feb 25 2026 01:17:00 | NextGear Capital, 11799 N. College Ave, Carmel, IN 46032-5605 |
| 42790054 | + Email/Text: bankruptcy@ondeck.com | Feb 25 2026 01:18:00 | On Deck Capital, 4700 W Daybreak Pkwy, #200, South Jordan, UT 84009-5133 |
| 42790059 | + Email/Text: bankruptcynotices@squareup.com | Feb 25 2026 01:18:00 | Square Capital, LLC, 1455 Market Street, Unit 600, San Francisco, CA 94103-1332 |
| 42790060 | EDI: CALTAXFEE | Feb 25 2026 06:08:00 | State Board of Equalization, Account Information Group, MIC: 29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| 42790062 | EDI: EDD.COM | Feb 25 2026 06:08:00 | State of California Employment Dev., Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 42790063 | ^ MEBN | Feb 25 2026 01:14:26 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 42790064 | + Email/Text: bankruptcynotices@sba.gov | Feb 25 2026 01:17:00 | U.S. Small Business Administration, Office of General Counsel, 312 North Spring Street, 5th Floor, Los Angeles, CA 90012 |
| 42790065 | + Email/Text: bankruptcynotice@westlakefinancial.com | Feb 25 2026 01:17:00 | Westlake Financial Services, 4751 Wilshire Blvd, #100, Los Angeles, CA 90010-3847 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 42790026 | ##+ | Big Boys Toys Auto Sales, Inc., c/o Naim Ahmad, Agent for Service, 17301 Beach Blvd,, STE #15, Huntington Beach, CA 92647-7442 |

District/off: 0973-8                          User: admin                                    Page 3 of 3
Date Rcvd: Feb 24, 2026                       Form ID: 318a                                   Total Noticed: 46
TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                        Signature:        /s/Gustava Winters

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Naim Ahmad | Social Security number or ITIN   xxx–xx–7096 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Halsi Indika Rubasinghe | Social Security number or ITIN   xxx–xx–4909 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Central District of California

Case number:   8:25–bk–13264–SC

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Naim Ahmad

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/24/26

Halsi Indika Rubasinghe
dba World of Knowledge Learning Center

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 2/24/26

**Dated:** 2/24/26

**By the court:** Scott C Clarkson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

18/AUTU

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**